UNITED STATES of America,
Plaintiff–Appellee,

v.

Juan Aurelio MURILLO–MOSQUERA,
Defendant–Appellant.

No. 07–11335
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 19, 2007.

Christopher Arguin Desrochers, Winter Haven, FL, for Defendant–Appellant.

Susan Hollis Rothstein–Youakim, U.S. Attorney's Office/ Middle Dirst. of FL, Tampa, FL, for Plaintiff–Appellee.

Before BLACK, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Christopher Desrochers, appointed counsel for Juan Aurelio Murillo–Mosquera in this direct criminal and sentencing appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

Murillo–Mosquera's conviction and sentence are **AFFIRMED.**